[L. A. No. 3298. In Bank.—March 4, 1915.]

## GEORGE C. FLINT, Respondent, v. SAN PEDRO, LOS ANGELES AND SALT LAKE RAILROAD COMPANY (a Corporation), Appellant.

TIDE-LANDS.—Judgment and order denying a new trial affirmed on the authority of *Wheatley* v. *San Pedro, Los Angeles and Salt Lake R. R. Co., ante,* p. 505.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order denying a new trial. Frank G. Finlayson, Judge.

The facts are similar to those stated in *Wheatley* v. *San Pedro, Los Angeles and Salt Lake Railroad Co., ante,* p. 505.

A. S. Halsted, W. F. Palmer, F. A. Waters, and Wilfred M. Peck, for Appellant.

Woodruff & McClure, and Frank D. McClure, for Respondents.

THE COURT.—The questions in this case, based upon similar facts, are considered and decided in the case of *Wheatley* v. *San Pedro, Los Angeles & Salt Lake Railroad Company* (L. A. No. 3299), *ante,* p. 505, [147 Pac. 141], this day decided. Upon the authority of that decision the judgment and order denying a new trial are affirmed.